IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| COMITÉ DIALOGO AMBIENTAL, INC. *et al.*, <br><br> Plaintiffs, <br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY *et al.*, <br><br> Defendants. | Civil Action No. 3:24-CV-01145-JAG |

### NOTICE OF APPEARANCE OF AUGUSTA C.F. WILSON

**TO THE HONORABLE COURT:**

NOW COME Plaintiffs in this action—Comité Dialogo Ambiental, Inc., Alianza Comunitaria Ambiental del Sureste, Inc., Campamento Contra las Cenizas en Peñuelas, Inc., Casa Tallaboeña de Formación Comunitaria y Resiliencia, Inc., Center for Biological Diversity, Comité Caborrojeño Pro Salud y Ambiente, Inc., Comité Yabucoeno Pro-Calidad de Vida, Inc., El Puente de Williamsburg, Inc., and Frente Unido Pro-Defensa del Valle de Lajas, Inc.—who set forth and pray as follows:

1. This action was recently transferred to this Court from the District of Columbia. On April 2, 2024, Mr. William Santiago-Sastre, a member of the Bar of this Court, entered an appearance on behalf of all Plaintiffs. ECF No. 26.

1

2. On April 19, 2024, Augusta C.F. Wilson, who represented Plaintiffs in the District of Columbia, where she is a member of the Bar, filed a motion for admission *Pro Hac Vice*. ECF No. 35.

3. On April 23, 2024, the Court granted Ms. Wilson's motion. ECF No. 36.

4. As directed by the Court, Ms. Wilson is filing this Notice of Appearance from her PACER account.

Wherefore, Plaintiffs hereby request this Honorable Court to take notice of the appearance of Ms. Augusta C.F. Wilson as counsel for Plaintiffs in this action.

Filed this 26th day of April, 2024.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing document with the Clerk using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

Respectfully submitted,

*/s/ Augusta C.F. Wilson*
Augusta C.F. Wilson
*Pro Hac Vice*
(D.C. Bar No. 90013118)

Center for Biological Diversity
1411 K Street N.W., Suite 1300
Washington, D.C. 20005
Tel: (585) 503-8765
Email: awilson@biologicaldiversity.org

*Counsel for Plaintiffs*