IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| COMITÉ DIALOGO AMBIENTAL, INC., *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.*,<br><br>**Defendants.** | CIVIL NO. 24-1145(JAG) |

## JUDGMENT

Pursuant to this Court's Memorandum and Order, Docket No. 72, Judgment is hereby entered remanding the case for FEMA to prepare an Environmental Impact Statement as to the Utilities PEA. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Thursday, October 2, 2025.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE