Adam R.F. Gustafson
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

Katharine Laubach (CO 42693)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street – North Terrace, Ste. 600
Denver, Colorado 80202
Phone: (202) 353-5765
E-mail: katharine.laubach@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| COMITÉ DIALOGO AMBIENTAL, INC., et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,<br><br>　　　Defendants. | No. 3:24-CV-1145-JAG<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

　　　Notice is hereby given that Defendants appeal to the United States Court of Appeals for the First Circuit from this Court's order of September 30, 2025, ECF No. 72, and the judgment entered on October 2, 2025, ECF No. 73.

1

Respectfully submitted on December 1, 2025,

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

_____
Katharine Laubach
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street – North Terrace, Ste. 600
Denver, Colorado 80202
(202) 353-5765
katharine.laubach@usdoj.gov
*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this date I electronically filed the foregoing Defendants' Notice of Appeal with the Clerk of Court using the CM/ECF system which electronically mails notice to the attorneys of record.

                                                                           Katharine Laubach
                                                                         *Counsel for Defendants*